CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                                    Civil Action No.: _____

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

by: (check one)   ❏   registered mail, return receipt requested
                  ❏   DHL

pursuant to the provisions of: (check one)
                  ❏   FRCP 4(f)(2)(C)(ii)
                  ❏   28 U.S.C. § 1608(a)(3)
                  ❏   28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

(Name and Address)



| | | | |
|---|---|---|---|
| 4112 station street | philadelphia, pa 19127 | tel: 215.487.6590 | fax: 215.482.0874 |
| 1718 20th street, n.w. | washington, dc 20009 | tel: 202.232.5504 | fax: 202.232.5513 |

December 10, 2007

Ms. Nancy Mayer-Whittington
Clerk of Court
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:     *Grynberg, et al. v. Elie Dote, et al.,* 07-01490 (JR)

Dear Ms. Mayer Whittington:

      According to the United States Department of State, the Central African Republic is not a party to the Hague Service Convention, and has issued no objection pursuant to the Hague Service Convention regarding service by mail. I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State. The Department of State could not provide any other information regarding the domestic laws of the Central African Republic.

                        Sincerely,

                        /s/

                        William T. O'Neil