IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                          )
                                                          )
JACK J. GRYNBERG and RSM PRODUCTION                       )
CORPORATION (5299 DTC Boulevard, Suite 500,               )
Greenwood Village, Colorado),                             )
                                                          )
                          Plaintiffs,                     )    NO. 1:07-cv-01490 (JR)
                                                          )
     -and-                                                )
                                                          )
ÉLIE DOTÉ, FRANÇOIS BOZIZÉ YANGOUVONDA,                   )
SYLVAIN N'DOUTINGAI, EMMANUEL TOUABOY,                    )
EARL CHERRY, and JOHN DOES 1-10,                          )
                                                          )
                          Defendants.                     )
                                                          )
                                                          )
                                                          )
                                                          )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

**CONSENT MOTION TO SET A BRIEFING SCHEDULE**

By mutual agreement, the Plaintiffs, Jack J. Grynberg and RSM Production Corporation, and Defendant Earl Cherry, have agreed to a briefing schedule to address Mr. Cherry's motion to dismiss, filed on December 3, 2007. As other defendants are in the process of being served by foreign mailing, previous efforts to serve the complaint having not succeeded, both Plaintiffs and Defendant Cherry have agreed that Plaintiffs' opposition paper is to be filed on January 18, 2008, and Defendant Cherry's reply brief is to be filed on February 15, 2008. A proposed order

memorializing these agreed-upon dates is attached.

                                      Respectfully submitted,

                                      _____/s/_____
William T. O'Neil (D.C. Bar #426107)
Burke O'Neil LLC
1718 20th Street
Washington, D.C. 20009
Telephone: (202) 232-5504
Facsimile: (202) 232-5513
Counsel for Plaintiffs


                                      _____/s/_____
J. Stephen Simms
Simms Showers LLP
Suite 702
20 S. Charles Street
Baltimore, MD 21201
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
Counsel for Defendant Earl Cherry

CERTIFICATE OF SERVICE

I certify that on December 12, 2007, I caused the foregoing Consent Motion to Set a Briefing Schedule and accompanying Proposed Order to be filed on the Court's CM/ECF system and served on all counsel of record.

                                                                     /s/
                                                William T. O'Neil

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------- x
                                          )
JACK J. GRYNBERG and RSM PRODUCTION       )
CORPORATION,                              )
                        Plaintiffs,       )
                                          )
    -and-                                 )   NO. 1:07-cv-01490 (JR)
                                          )
ÉLIE DOTÉ, FRANÇOIS BOZIZÉ YANGOUVONDA,   )
SYLVAIN N'DOUTINGAI, EMMANUEL TOUABOY,    )
EARL CHERRY, and JOHN DOES 1-10,          )
                                          )
                        Defendants.       )
                                          )
                                          )
                                          )
----------------------------------------- X

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2007, in consideration of the consent motion to set a briefing schedule, filed jointly by Plaintiffs, Jack J. Grynberg and RSM Production Corporation, and Defendant Earl Cherry, the Court orders as follows:

    1.    Plaintiffs' Response to Defendant Cherry's Motion to Dismiss is to be filed on January 18, 2008, and

    2.    Defendant Cherry's Reply is to be filed on February 15, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE