# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Jack J. Grynberg et al.
Plaintiff(s)

Case Number: 1:07-cv-01490 (JR)

vs

Elie Dote et al.
Defendant(s)

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that on September 4, 2007 at 2:50 PM, he executed service of process upon Solange Hounnou, Assistant to Ambassador **EMMANUEL TOUABOY** on his behalf, who stated that she is authorized to accept service, at the Embassy of the Central African Republic, 1618 22nd Street NW, Washington, DC 20008, by delivering to and leaving with personally, copies of Summons and Amended Complaint. Solange Hounnou is described as a Black female, approximately 5' 8" tall, 170-180 pounds, brown eyes, black hair, and 40 years of age. The undersigned further certifies that my place of business is 4626 Wisconsin Avenue NW #300, Washington, DC 20016; that I am over the age of 18 years; and that I am not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: September 6, 2007

LORENZO KENERSON
6535

NOTARY

Sworn and subscribed before me
on September 6, 2007

_____ (seal)
Kirk A. Hornbeck
Notary Public: District of Columbia
My Commission Expires 10/31/09