CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                                                    Civil Action No.: _____

_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the _____ day of _____, 20_____, I mailed:

1. ❑ One copy of the [summons and complaint/or] by [registered mail, return receipt requested], to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ❑ One copy of the [summons, complaint and a notice of suit], together with a translation of each into the official language of the foreign state, by [registered mail, return receipt requested], to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ❑ Two copies of the [summons, complaint and a notice of suit], together with a translation of each into the official language of the foreign state, by [certified mail, return receipt,   delivery], to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ❑ One copy of the [summons and complaint/or], together with a translation of each into the official language of the foreign state, by [registered mail, return receipt requested], to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk



07-1490 JR

**DHL EXPRESS**
Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

742 2949 984

ORIGIN | DESTINATION CODE

**1  Payer account number and shipment value protection details**
Charge to ☒ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No. 968-477-324
☐ Cash  ☐ Check  ☐ Credit Card
Shipment Value Protection (see reverse)
☐ Yes  Declared Value for Carriage (in US $)

**2  From (Shipper)**
Shipper's Account Number: 968-477-324
Contact Name: WILLIAM O'NEIL
Shipper's Reference (up to 35 characters): US DISTRICT COURT FOR DISTRICT OF COLUMBIA
Company Name: C/O BURKE O'NEIL LLC
Address: 1718 20th STREET  WASHINGTON, DC
Post/ZIP Code (required): 20009
Phone, Fax, or E-mail (required): 202-232-5504

**3  To (Receiver)**
Company Name:
Contact Person: FRANCOISE BOZIZ YANGOUVONDA
Delivery Address DHL Cannot Deliver to a PO Box: PRESIDENTIAL MINISTRY  BANGUI  CENTRAL AFRICAN REPUBLIC
Country: CAF
Post/ZIP Code (required): 
Phone, Fax, or E-mail (required):

**4  Shipment Details**
Total number of packages: 1
Total Weight If DHL Express Document packaging used, enter XD: XD

**5  Full Description of Contents**
Give Content and Quantity: DOCUMENTS

**6  Dutiable Shipments Only (Customs requirement)**

**7  Shipper's Authorization (signature required)**
Signature: for W. O'Neil  Date: 1·29·08

**8  Products & Services**

---

07-1490 JR

**DHL EXPRESS**
Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

742 2949 973

ORIGIN | DESTINATION CODE

**1  Payer account number and shipment value protection details**
Charge to ☒ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No. 968-477-324
☐ Cash  ☐ Check  ☐ Credit Card
Shipment Value Protection (see reverse)
☐ Yes  Declared Value for Carriage (in US $)

**2  From (Shipper)**
Shipper's Account Number: 968-477-324
Contact Name: WILLIAM O'NEIL
Shipper's Reference (up to 35 characters): US DISTRICT COURT FOR DISTRICT OF COLUMBIA
Company Name: C/O BURKE O'NEIL LLC
Address: 1718 20th STREET  WASHINGTON, DC
Post/ZIP Code (required): 20009
Phone, Fax, or E-mail (required): 202-232-5504

**3  To (Receiver)**
Company Name:
Contact Person: EMMANUEL TOUABOY
Delivery Address DHL Cannot Deliver to a PO Box: PRESIDENTIAL MINISTRY  BANGUI, CENTRAL AFRICAN REPUBLIC
Country: CAF

**4  Shipment Details**
Total number of packages: 1
Total Weight: XD

**5  Full Description of Contents**
Give Content and Quantity: DOCUMENTS

**6  Dutiable Shipments Only (Customs requirement)**

**7  Shipper's Authorization (signature required)**

**8  Products & Services**



07-1490 JL

**Form 1 (top):**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

742 2949 951

**1 Payer account number and shipment value protection details**
Charge to ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. 968-477-324
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)

**2 From (Shipper)**
Shipper's Account Number: 968-477-324
Contact Name: WILLIAM O'NEIL
Shipper's Reference (up to 35 characters): US DISTRICT COURT FOR DISTRICT OF COLUMBIA
Company Name: C/O BURKE O'NEIL LLC
Address: 1718 20th STREET  WASHINGTON, DC
Post/ZIP Code (required): 20009
Phone, Fax, or E-mail (required): 202-232-5504

**3 To (Receiver)**
Contact Person: ELIE DOTE
Delivery Address DHL Cannot Deliver to a PO Box:
PRESIDENTIAL MINISTRY
BANGUI, CENTRAL AFRICAN REPUBLIC
Country: CAF

**4 Shipment Details**
Total number of packages: 1
XD

**5 Full Description of Contents**
DOCUMENTS

**7 Shipper's Authorization (signature required)**
W.D. O'Neil   Date: 1/29/08

---

**Form 2 (bottom):**

07-1490 JL

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

742 2949 962

**1 Payer account number and shipment value protection details**
Charge to ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. 968-477-324
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)

**2 From (Shipper)**
Shipper's Account Number: 968-477-324
Contact Name: WILLIAM O'NEIL
Shipper's Reference (up to 35 characters): US DISTRICT COURT FOR DISTRICT OF COLUMBIA
Company Name: C/O BURKE O'NEIL LLC
Address: 1718 20th STREET  WASHINGTON, DC
Post/ZIP Code (required): 20009
Phone, Fax, or E-mail (required): 202-232-5504

**3 To (Receiver)**
Contact Person: SYLVAIN N'DOUTINGAI
Delivery Address DHL Cannot Deliver to a PO Box:
PRESIDENTIAL MINISTRY
BANGUI, CENTRAL AFRICAN REPUBLIC

**4 Shipment Details**
Total number of packages: 1
XD

**5 Full Description of Contents**
DOCUMENTS