IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRYNBERG *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 07-cv-1490 (JR) |
| v. | ) |
| | ) |
| ELIE DOTE *et al.*, | ) |
| | ) |
| Defendants. | ) |

**RETURN OF SERVICE**

I hereby certify that on January 28, 2008, I was notified by the clerk's office in the United States District Court for the District of Columbia that the summons and complaint, the notice of suit and associated documents, as well as the necessary translations were ready for pickup by DHL at the clerk's office. These materials, in four packages, were sent to the attention of defendants Elie Dote, Francois Bozize Yangouvonda, Sylvain N'doutingai, And Emmanuel Touaboy. Upon providing the clerk with the appropriate DHL account number, the clerk informed me that the packages were picked up by DHL. DHL delivered these materials to the Presidential Ministry in Bangui, Central African Republic, on February 5, 2008. Copies of the DHL tracking receipts are attached.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: February 20, 2008

William T. O'Neil (D.C. Bar #426107)
Burke O'Neil LLC
1718 20th Street
Washington, D.C. 20009
Telephone: (202) 232-5504
Facsimile: (202) 232-5513



# Track results detail

▶ Print this page

## Tracking results detail for 7422949984

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | 2/5/2008  8:20 am | |
| Delivered to | | |
| Signed for by | **BADO** | |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 2/5/2008 | 8:20 am | Shipment delivered. | Bangui, Central African Republic |
| | 7:43 am | With delivery courier. | Bangui, Central African Republic |
| | 7:18 am | Arrived at DHL facility. | Bangui, Central African Republic |
| 2/4/2008 | 10:33 am | Depart Facility | Douala, Cameroon |
| | 12:22 am | Scheduled to move | Douala, Cameroon |
| 2/1/2008 | 11:47 pm | Transit through DHL facility | Brussels, Belgium |
| | 9:57 am | Depart Facility | New York City Gateway, NY |
| | 6:54 am | Transit through DHL facility | New York City Gateway, NY |
| | 5:40 am | Depart Facility | Wilmington, OH |
| | 2:32 am | In transit. | Wilmington, OH |
| 1/31/2008 | 10:02 pm | Depart Facility | Washington - Ronald Reagan National, DC |
| | 8:53 pm | Processed at DHL Location. | Washington - Ronald Reagan National, DC |
| | 8:46 pm | Shipment picked up | Washington - Ronald Reagan National, DC |

**Ship From:**
Washington -
Ronald Reagan National, DC
United States

**Ship To:**

**Shipment Information:**
Ship date: 1/31/2008
Pieces: 1
Total weight: 1 lb *
Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

Tracking detail provided by DHL: 2/20/2008, 10:57:58 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Track results detail

▶ Print this page

## Tracking results detail for 7422949973

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 2/5/2008 12:00 pm |
| Delivered to | |
| Signed for by | touaboy land |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 2/5/2008 | 12:00 pm | Shipment delivered. | Bangui, Central African Republic |
| | 7:17 am | Arrived at DHL facility. | Bangui, Central African Republic |
| 2/4/2008 | 10:33 am | Depart Facility | Douala, Cameroon |
| | 12:22 am | Scheduled to move | Douala, Cameroon |
| 2/1/2008 | 11:47 pm | Transit through DHL facility | Brussels, Belgium |
| | 9:57 am | Depart Facility | New York City Gateway, NY |
| | 6:54 am | Transit through DHL facility | New York City Gateway, NY |
| | 5:40 am | Depart Facility | Wilmington, OH |
| | 2:33 am | In transit. | Wilmington, OH |
| 1/31/2008 | 10:02 pm | Depart Facility | Washington - Ronald Reagan National, DC |
| | 8:53 pm | Processed at DHL Location. | Washington - Ronald Reagan National, DC |
| | 8:46 pm | Shipment picked up | Washington - Ronald Reagan National, DC |

**Ship From:**
Washington -
Ronald Reagan National, DC
United States

**Ship To:**

**Shipment Information:**
Ship date: 1/31/2008
Pieces: 1
Total weight: 1 lb *
Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

Tracking detail provided by DHL: 2/20/2008, 10:58:33 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Track results detail

▸ Print this page

## Tracking results detail for 7422949951

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 2/5/2008  9:30 am |
| Delivered to | |
| Signed for by | DIBERT |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 2/5/2008 | 9:30 am | Shipment delivered. | Bangui, Central African Republic |
| | 7:50 am | With delivery courier. | Bangui, Central African Republic |
| | 7:18 am | Arrived at DHL facility. | Bangui, Central African Republic |
| 2/4/2008 | 10:33 am | Depart Facility | Douala, Cameroon |
| | 12:22 am | Scheduled to move | Douala, Cameroon |
| 2/1/2008 | 11:47 pm | Transit through DHL facility | Brussels, Belgium |
| | 9:57 am | Depart Facility | New York City Gateway, NY |
| | 6:54 am | Transit through DHL facility | New York City Gateway, NY |
| | 5:40 am | Depart Facility | Wilmington, OH |
| | 2:32 am | In transit. | Wilmington, OH |
| 1/31/2008 | 10:02 pm | Depart Facility | Washington - Ronald Reagan National, DC |
| | 8:53 pm | Processed at DHL Location. | Washington - Ronald Reagan National, DC |
| | 8:47 pm | Shipment picked up | Washington - Ronald Reagan National, DC |

**Ship From:**
Washington -
Ronald Reagan National, DC
United States

**Ship To:**

**Shipment Information:**
Ship date: 1/31/2008
Pieces: 1
Total weight: 1 lb *
Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

Tracking detail provided by DHL: 2/20/2008, 10:59:26 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Track results detail

▶ Print this page

## Tracking results detail for 7422949962

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 2/5/2008  9:40 am |
| Delivered to | |
| Signed for by | FEIZOURE |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 2/5/2008 | 9:40 am | Shipment delivered. | Bangui, Central African Republic |
| | 7:47 am | With delivery courier. | Bangui, Central African Republic |
| | 7:27 am | Arrived at DHL facility. | Bangui, Central African Republic |
| 2/4/2008 | 10:33 am | Depart Facility | Douala, Cameroon |
| | 12:22 am | Scheduled to move | Douala, Cameroon |
| 2/3/2008 | 8:20 pm | Transit through DHL facility | Douala, Cameroon |
| | 5:36 pm | Processed at DHL Location. | Libreville, Gabon |
| | 5:36 pm | Depart Facility | Libreville, Gabon |
| 2/2/2008 | 7:44 pm | Scheduled to move | Libreville, Gabon |
| | 7:38 pm | Transit through DHL facility | Libreville, Gabon |
| | 7:30 pm | Depart Facility | Lagos, Nigeria |
| | 12:45 pm | Transit through DHL facility | Lagos, Nigeria |
| | 4:37 am | Depart Facility | Brussels, Belgium |
| 2/1/2008 | 11:47 pm | Transit through DHL facility | Brussels, Belgium |
| | 9:57 am | Depart Facility | New York City Gateway, NY |
| | 6:54 am | Transit through DHL facility | New York City Gateway, NY |
| | 5:40 am | Depart Facility | Wilmington, OH |
| | 2:41 am | In transit. | Wilmington, OH |
| 1/31/2008 | 10:02 pm | Depart Facility | Washington - Ronald Reagan National, DC |
| | 8:53 pm | Processed at DHL Location. | Washington - Ronald Reagan National, DC |
| | 8:46 pm | Shipment picked up | Washington - Ronald Reagan National, DC |

**Ship From:**
Washington -
Ronald Reagan National, DC
United States

**Ship To:**

**Shipment Information:**
Ship date: 1/31/2008
Pieces: 1
Total weight: 1 lb *
Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

Tracking detail provided by DHL: 2/20/2008, 10:59:53 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

***Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.