Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JACK J. GRYNBERG, et al.

    Plaintiff(s)

v.

Civil Action No. 07-1490 (JR)

DOTE, et al.

    Defendant(s)

RE: EMMANUEL TOUABOY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 4, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 10th day of March, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                 Deputy Clerk