United States District Court

District of Columbia

| | |
|---|---|
| Jack J. Grynberg et. al., : | Case No.: 1:07-CV-01490 |
| Plaintiff, : | Judge Robertson |
| vs. : | |
| Elie Dote et. al., : | |
| Defendant : | |

Notice of Substitution of Counsel

It is hereby stipulated and consented that Kelly Pride Hebron, Attorney at Law, of Pride Law Office LLC, 1400 Mercantile Lane, Suite 208, Largo, MD 20774, be and hereby is substituted in place and instead of William O'Neil, Attorneys at Law, of Burke O'Neill LLC, 1718 20th Street, N.W., Washington, D.C. 20009, as attorneys for the Plaintiffs, Jack J. Grynberg and RSM Production Corporation in this action and that this substitution be entered into effect without further notice.

Dated this 3rd day of June, 2008

By:/s/Kelly Pride Hebron
Bar #MD13597
Pride Law Office LLC
1400 Mercantile Lane,
Suite 208
Largo, Maryland 20708

/s/William O'Neill
Burke O'Neill LLC,
1718 20th Street, N.W.,
Washington, D.C. 20009

Certificate of Service

I hereby certify that on June 3, 2008 I caused the foregoing Notice of Substitution of Counsel to be filed on the Court's CM/ECF system for service on all record counsel.

/s/Kelly Pride Hebron