IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------ x
                                            )
                                            )
JACK J. GRYNBERG and RSM PRODUCTION         )
CORPORATION (5299 DTC Boulevard, Suite 500, )
Greenwood Village, Colorado),               )
                                            )  07 Civ. 1490 (JR)
                    Plaintiffs,             )
                                            )
                                            )
    -and-                                   )
                                            )
ÉLIE DOTÉ, FRANÇOIS BOZIZÉ YANGOUVONDA,     )
SYLVAIN N'DOUTINGAI, EMMANUEL TOUABOY,      )
EARL CHERRY, and JOHN DOES 1-10,            )
                                            )
                    Defendants.             )
                                            )
                                            )
                                            )
                                            )
------------------------------------------ x
```

**MOTION FOR PRO HAC VICE ADMISSION OF DANIEL L. ABRAMS**

Plaintiffs respectfully move this Court for an order admitting Daniel L. Abrams on a *pro hac vice* basis into this Court, pursuant to Local Rule 83.2(d). The grounds are set forth in the accompanying Declaration of Daniel L. Abrams, dated June 5, 2008.

Dated: June 5, 2008

By: /s/Kelly Pride Hebron
Bar # MD13597
Pride Law Office LLC
1400 Mercantile Lane, Suite 208
Largo, Maryland 20774
(301) 583-4633

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------- x
                                            )
JACK J. GRYNBERG and RSM PRODUCTION         )
CORPORATION (5299 DTC Boulevard, Suite 500, )
Greenwood Village, Colorado),               )
                                            )
                                            )   07 Civ. 1490 (JR)
                  Plaintiffs,               )
                                            )
   -and-                                    )
                                            )
ÉLIE DOTÉ, FRANÇOIS BOZIZÉ YANGOUVONDA,     )
SYLVAIN N'DOUTINGAI, EMMANUEL TOUABOY,      )
EARL CHERRY, and JOHN DOES 1-10,            )
                                            )
                  Defendants.               )
                                            )
                                            )
                                            )
                                            )
------------------------------------------- x

**DECLARATION OF DANIEL L. ABRAMS**

      I, DANIEL L. ABRAMS, hereby affirm under penalty of perjury.

1.    I am a member in good standing of the bar of the State of New York and am the principal of the Law Office of Daniel L. Abrams, PLLC.  I submit this Declaration in support of my motion, pursuant to Local Rule 83.2(d) to be admitted *pro hac vice* in the above-captioned case.

2.    My office address is Two Penn Plaza, Suite 1910, New York, New York, 10121.  My office telephone number is 212 292-5663.

3.  I am not admitted to practice in any State other than New York. I am admitted to practice in the following federal courts: Southern District of New York, Eastern District of New York, Sixth Circuit Court of Appeals, and Tenth Circuit Court of Appeals.

4.  I have never been disciplined by any bar authority. I am presently admitted *pro hac vice* as Plaintiffs' counsel in the case, presently pending in this District, captioned <u>Grynberg et al v. BP, P.L.C. et al</u>, 08 Civ. 301 (JDB). I have otherwise not been admitted *pro hac vice* in this Court within the last two years.

Dated: New York, New York
       June 5, 2008

_____
Daniel L. Abrams