IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK J. GRYNBERG, *et al*, | * | CIVIL DOCKET NO.: 07-1490 |
| *Plaintiffs* | * | |
| | * | JUDGE JAMES ROBERTSON |
| v. | * | |
| ELIE DOTE, *et al..*, | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, J. STEPHEN SIMMS, am a member in good standing of the bar of this Court. My bar number is 382388. I am moving the admission of:

> Bradley L. Drell
> Gold, Weems, Bruser, Sues & Rundell
> 2001 MacArthur Drive
> Alexandria, Louisiana 71307-6118
> Phone:      318-445-6471
> Telecopier: 318-445-6476

to appear *pro hac vice* in this case as counsel for Plaintiff.

We certify that:

1. The proposed admittee is not a member of the District of Columbia bar and does not maintain any law office in the District of Columbia.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** | |
|---|---|---|
| Louisiana    (10/11/96) | Louisiana – Eastern District | (8/27/03) |
| Supreme Court of Louisiana | Louisiana – Western District | (1/20/98) |
| | Louisiana – Middle District | (8/20/98) |
| | Texas – Northern District | (1/7/04) |

| **State Court & Date of Admission** | **U.S. Court & Date of Admission (cont'd)** |
|---|---|
| | Texas – Eastern District (4/20/05) |
| | Texas – Southern District (8/29/05) |
| | Courts of Appeals – Fifth Circuit (12/28/99) |

3. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

MOVANT

_____  _____
J. Stephen Simms (D.C. Bar No.: 382388)    Bradley L. Drell (La. Bar Roll #24387)
Simms Showers LLP                          Gold, Weems, Bruser, Sues & Rundell
20 S. Charles Street, Suite 702            2001 MacArthur Drive
Baltimore, Maryland 21201                  Alexandria, Louisiana 71307-6118
Office Phone Number: 410-783-5795          Office Phone Number: 318-445-6471
Telecopier: 410-510-1789                   Telecopier: 318-445-6476

EMAIL: jssimms@simmsshowers.com    EMAIL: bdrell@goldweems.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK J. GRYNBERG, *et al*, | * | CIVIL DOCKET NO.: 07-1490 |
| *Plaintiffs* | * | |
| | * | JUDGE JAMES ROBERTSON |
| v. | * | |
| ELIE DOTE, *et al..*, | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF BRADLEY L. DRELL
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

1.  My full name is Bradley L. Drell.

2.  I am an Associate in the law firm of Gold, Weems, Bruser, Sues & Rundell, 2001 MacArthur Drive, Alexandria, Louisiana 71307-6118. My office telephone number is 318-445-6471.

3.  I am a member of the Bar of the State of Louisiana, the Supreme Court of Louisiana, the United States District Courts for the Eastern, Western and Middle Districts of Louisiana, United States District Courts for the Northern, Eastern and Southern Districts of Texas, and the United States Court of Appeals for the Fifth Circuit.

4.  I certify that I am a member in good standing of the bar of the state of Louisiana, and have not been disciplined by any bar.

5.  I do not engage in the practice of law from an office located in this District, I am not a member of the District of Columbia Bar, and do not have an application for membership pending.

6.  I have not been admitted *pro hac vice* in this Court within the past two years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/19/08           _____
                                Bradley L. Drell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK J. GRYNBERG, *et al*, | * | CIVIL DOCKET NO.: 07-1490 |
| *Plaintiffs* | * | |
| | | JUDGE JAMES ROBERTSON |
| v. | * | |
| ELIE DOTE, *et al..*, | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice,* the Declaration of Bradley L. Drell attached thereto, and the entire record herein, it is this ____ day of _____, 2008,

**ORDERED,** that the motion be, and hereby is, **GRANTED**, and it is further

**ORDERED,** that Bradley L. Drell be, and hereby is, admitted to the Bar of this Court *pro hac vice*, for the purpose of representing Defendant Earl Cherry in the above-captioned case.

_____
United States District Judge