UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK J. GRYNBERG, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-1490 (JR) |
| ÉLIE DOTÉ, *et al.*, | : |
| Defendants. | : |

### ORDER

Upon consideration of defendant Earl Cherry's motion for the *pro hac vice* appearance of Bradley L. Drell [24], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                    JAMES ROBERTSON
                               United States District Judge