**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JACK J. GRYNBERG, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-1490 (JR) |
| ÉLIE DOTÉ, *et al.*, | : |
| Defendants. | : |

### MEMORANDUM ORDER STAYING PROCEEDINGS

On October 3, 2008, I held a hearing to receive evidence from the plaintiffs in support of their motion for a default judgment against Francois Bozize, Sylvain N'Doutingai, and Emmanuel Touaboy, three high-ranking officials in the Central African Republic government. After an hour of testimony and the introduction of a handful of documents, the plaintiffs requested that I enter a judgment of several billion dollars against the defendants in their personal capacities. Although I refused to enter such a judgment on so thin a record, I invited the plaintiffs to submit additional evidence at their leisure. I also asked them to file a brief explaining how the pending arbitration between the parties before the International Centre for the Settlement of Investment Disputes (ICSID) affected this litigation.

The plaintiffs have since filed a memorandum addressing the ICSID issue and two affidavits offering additional evidence. The affidavits are a step in the right direction but fall well

short of establishing the plaintiffs' entitlement to a multi-billion dollar judgment.  In light of ICSID's relative familiarity with these kinds of disputes, and the plaintiffs' inability (thus far) to provide the necessary support for their requested judgment, the case will be **stayed** pending the resolution of RSM Production Corp. v. Central African Republic, ICSID Case No. ARB/07/2.  It is so **ORDERED**.


                                        JAMES ROBERTSON
                                   United States District Judge