IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------------ x
                                                                   )
JACK J. GRYNBERG and RSM PRODUCTION                                )
CORPORATION (5299 DTC Boulevard, Suite 500,                        )
Greenwood Village, Colorado 80111),                                )
                                                                   )
                                           Plaintiffs,             )
                                                                   )
      -and-                                                        )   NO. 1:07-cv-01490 (JR)
                                                                   )
ÉLIE DOTÉ, FRANCOIS BOZIZÉ YANGOUVONDA,                            )
SYLVAIN N'DOUTINGAI, EMMANUEL TOUABOY,                             )
EARL CHERRY, and JOHN DOES 1-10,                                   )
                                                                   )
                                           Defendants.             )
                                                                   )
                                                                   )
                                                                   )
------------------------------------------------------------------ x
```

## AFFIDAVIT OF JACK J. GRYNBERG

1. My name is Jack J. Grynberg, I am 77 years old and the individual Plaintiff in this case. I am also President and Chief Executive Officer of RSM Production Corporation, a Texas Corporation and the other Plaintiff. I submit this Affidavit to apprise the Court of certain facts I have learned since the Court stayed this case in an Order dated January 14, 2009.

2. I have taken some preliminary steps to ascertain the existence, location and potential recoverability of assets belonging to the Individual Defendants who are in default in this case. In particular, over the past month, I have had both written and verbal conversations with Mr. Emad F. Abu Saadah, who is a broker/investment banker in Riyadh, Saudi Arabia. Mr. Abu Saadah has informed me that Francois Bozize and Sylvaine N'doutingai (both Defendants in this case who have defaulted by failing to respond to the Complaint) have large cash deposits

1

in various areas of the world. In the case of Mr. Bozize, his money is in the Cayman Islands, while Mr. N'doutingai has assets and cash in the Bahamas. Both of these men also own estates in Ouagadougou, which is the capital city of Burkina Faso, a land-locked country in Western Africa.

3. I am advised by counsel, and therefore believe, that cash or asset recovery from either of these defendants will be an expensive and time-consuming endeavor, though one which holds some potential for recovery. I would like to have an opportunity to at least attempt to recover these assets while I am still active in my professional capacity. As a 77 year old man, I know this will not be forever. It is for this reason that I respectfully ask that the Court consider lifting the stay presently in place and proceed to award judgment for the Plaintiffs.

4. This Court has stayed the case in favor of an ICSID proceeding involving Plaintiff RSM and the Central African Republic which is scheduled to be heard in February of 2010. RSM has been a party in one other ICSID proceeding, and in the other proceeding it took approximately twenty (20) months from the hearing to the ultimate decision. Even after a decision, there exists the possibility of annulment proceedings. Thus, I cannot be confident that the ICSID proceeding between RSM and the Central African Republic will be completed within the next two years.

5. I understand from the Court's January 14 Order that the Court does not believe Plaintiffs proved all of their damages. I respectfully ask that, at a minimum, the Court consider awarding Plaintiffs their out-of-pocket damages, which are already in the record and were detailed in my prior Affidavit, in testimony at the October 3, 2008 hearing, and in the Affidavit of Robert C. Pelo.

FURTHER AFFIANT SAYETH NOT.

_____
Jack J. Grynberg

STATE OF COLORADO   )
                    ) ss.
COUNTY OF ARAPAHOE  )

Subscribed and sworn to before me this 5th day of August, 2009, by Jack J. Grynberg, individually and as President and Chief Executive Officer of RSM Production Corporation.

_____
Karen M. Hutchison
Notary Public

My commission expires: May 8, 2010