UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**JACK J. GRYNBERG, ET AL**


Plaintiff(s)


vs.                                                     Civil Action No.   07-cv-1490 (JR)


ELIE DOTE, ET AL


Defendant(s)


**DEFAULT JUDGMENT**


For the reasons set forth on the record, it is hereby


ORDERED  that judgment is entered in the amount of  $5,658,159.00  for the Plaintiffs
and against Francois Bozize, Sylvain N'Doutingal and Emmanuel Touaboy; jointly and severally.


This is a final appealable order.   See Fed. R. App. P.4(a).


Dated at Washington, D.C.:    August 20, 2009.




NANCY MAYER-WHITTINGTON

Clerk



By:      Catina J. Porter
       _____
              Deputy Clerk